Opinion filed January 10, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 10,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00357-CV

                                                    __________

 

                               CAROL JOHNENE MORRIS, Appellant

 

                                                             V.

 

                           GREATER
IDEAL BAPTIST CHURCH AND

                 MIDLAND
CENTRAL APPRAISAL DITRICT, Appellees

 



 

                                         On
Appeal from the 238th District Court

 

                                                         Midland
County, Texas

 

                                                 Trial
Court Cause No. CV46225

 



 

                                             M
E M O R A N D U M   O P I N I O N

Carol
Johnene Morris has filed a pro se notice of appeal challenging the trial court=s Adenial of her motion for judgment by default.@  We dismiss the appeal.








When
the notice of appeal was received in this court, the clerk of this court wrote
the parties advising them that it appeared that the order Morris was
challenging was not a final, appealable order and asking Morris to respond
showing grounds for continuing the appeal.  Morris has responded by  outlining
the various documents she has filed in both the trial court and this court. 
Morris expresses her frustration with the legal system and alleges that she
proceeded in the trial court under a certain strategy because she Aanticipated the District
Clerk=s office
withholding the necessary pleadings, and because of the highly illegal
improprieties@ she had
previously observed.  Morris also complains of this court=s denial of her petition
for writ of mandamus without a written opinion as permitted by Tex. R. App. P. 52.8(d).  Morris has not
established how this court has jurisdiction to entertain her appeal from the
trial court=s denial
of her motion for a default judgment.

This
court lacks jurisdiction to entertain this appeal.  Therefore, the appeal is
dismissed.

 

PER CURIAM

 

January 10, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.